# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| EUFEMIO GUERRA, ET AL § | |
| § | |
| Plaintiff(s), § | |
| § | |
| vs. § | |
| § | CIVIL ACTION NO. M-04-271 |
| GOODYEAR DUNLOP TIRES NORTH § | |
| AMERICA, LTD, ET AL § | |
| § | |
| Defendant(s). § | |

## ORDER FOR DISBURSEMENT OF MINOR'S FUND

Before the Court is a letter by Tommy Gene Guerra to withdraw funds held in the Court's Registry. The funds were originally deposited into the Registry because Tommy Gene Guerra was a minor child. The said minor has now provided satisfactory evidence that he has reached the age of majority and is entitled to the funds.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Clerk disburse and deliver to Tommy Gene Guerra, social security number ending in 6436, the principal $6,650.00, plus accrued interest, held in the Court's Registry for his account, pursuant to the Final Judgment and any other Court Order entered in this case. The proceeds shall be sent to the address indicated in the letter.

**DONE** at McAllen, Texas this the _____ day of _____, 2011.



_____
**UNITED STATES DISTRICT JUDGE**